UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MT. HAWLEY INSURANCE COMPANY,

                                  Plaintiff,

-v-

DUMBARTON SECURITY SERVICES, LLC &
STONECREST MALL, SPE, LLC,

                                  Defendant.

24 Civ. 7147 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 30, 2024, defendant Dumbarton Security Services, LLC ("Dumbarton") filed a motion to transfer venue under 28 U.S.C. § 1404(a). Dkt. 13. The Court orders plaintiff and defendant Stonecrest Mall, SPE, LLC to file a response by November 14, 2024. Dumbarton's reply, if any, is due November 21, 2024.

SO ORDERED.

                                                                           Paul A. Engelmayer
                                                                           United States District Judge

Dated: October 31, 2024
       New York, New York