# GOLDBERG SEGALLA

Kenneth M. Alweis | Partner
Direct 315.413.5410 | kalweis@goldbergsegalla.com

December 6, 2024

Hon. Paul A. Engelmayer
United States District Court           LETTER MOTION
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:    Mt. Hawley Insurance Company v. Dumbarton Security Services, LLC**
> **and Stonecrest Mall SPE, LLC**
> **Case no.: 1:24-cv-07147-PAE**
> **Order to Show Cause Return Date:  December 10, 2024**

Dear Judge Engelmayer:

My office was recently retained to represent Stonecrest Mall SPE, LLC in the above matter. It is my understanding that there is an Order to Show Cause scheduled for December 10, 2024 to determine why the action should not be dismissed for failure to prosecute or for Mt. Hawley to file a motion for a default judgment against Stonecrest. On behalf of my client, and with the consent of counsel for Mt. Hawley and Dumbarton Security Services, LLC, we ask that the Order to Show Cause be adjourned.

It is our intention to file a motion for leave to file a late Answer. Stonecrest always intended to defend this declaratory action and believes that it has meritorious defenses. We intend to file our motion, at the latest, by the beginning of next week.

As mentioned above, Mr. Delahunt, counsel for Mt. Hawley have spoken and he consents to the extension of time for Stonecrest to file an Answer. I have also spoken with counsel for Dumbarton and she also consents to the adjournment.

No prior requests have been made for an adjournment. Thank you for your courtesies and assistance.

December 6, 2024
Page 2

Very truly yours,

**GOLDBERG SEGALLA LLP**

*Kenneth M. Alweis*

Kenneth M. Alweis

cc:    Timothy E. Delahunt         *tdelahunt@delahuntpllc.com*
       Fotini Z. Manolakos         *fmanalakos@saiblelaw.com*
       Amara Howell                *ahowell@saiblelaw.com*

GRANTED. The Court construes defendant
Stonecrest Mall SPE, LLC's ("Stonecrest") letter
as a response to its Order to Show Cause. Dkt. 17.
Accordingly, the Court extends Stonecrest's
deadline to answer or otherwise respond to
December 10, 2024.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

December 6, 2024
New York, New York